**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDIA S. OROZCO-ARROYO, | No. 06-73570 |
| Petitioner, | Agency No. A098-174-340 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Claudia S. Orozco-Arroyo, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

from an immigration judge's decision denying her request for a continuance. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Orozco-Arroyo fails to challenge the BIA's dispositive conclusion that it lacked jurisdiction because she had waived her right to appeal pursuant to 8 C.F.R. § 1240.26(b)(1)(i)(D) in order to obtain a 120-day grant of voluntary departure. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not supported by argument in a party's opening brief are deemed waived).

**PETITION FOR REVIEW DENIED.**